```
1   Vanessa R. Waldref
2   United States Attorney
    Eastern District of Washington
3   Richard R. Barker
4   Assistant United States Attorney
    Post Office Box 1494
5   Spokane, WA 99210-1494
6   Telephone: (509) 353-2767
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REDACTED,<br>CHAD WINSTON VANATTA,<br>REDACTED, and<br>REDACTED,<br><br>    Defendants. | INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (viii), 846<br>Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and 400 Grams or more of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Distribution of 40 Grams or more of Fentanyl<br>(Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>Distribution of 5 Grams or More of Actual (Pure) Methamphetamine<br>(Counts 4-6) |

INDICTMENT – 1

|  | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Counts 7-9) |
|---|---|
|  | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

Beginning on a date unknown, but by January 3, 2023, and continuing until on or about April 18, 2023, in the Eastern District of Washington and elsewhere, the Defendants, REDACTED, CHAD WINSTON VANATTA, REDACTED, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine and distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), all Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (viii), 846.

### COUNT 2

On or about January 3, 2023, in the Eastern District of Washington, the Defendant, CHAD WINSTON VANATTA, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-

INDICTMENT – 2

[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 3

On or about January 19, 2023, in the Eastern District of Washington, the Defendant, REDACTED, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 4

On or about January 25, 2023, in the Eastern District of Washington, the Defendant, REDACTED did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

COUNT 5

On or about February 16, 2023, in the Eastern District of Washington, the Defendant, CHAD WINSTON VANATTA, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

COUNT 6

On or about February 27, 2023, in the Eastern District of Washington, the Defendant, REDACTED, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

INDICTMENT – 3

COUNT 7

On or about March 7, 2023, in the Eastern District of Washington, the Defendants, REDACTED did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2.

COUNT 8

On or about March 14, 2023, in the Eastern District of Washington, the Defendant, CHAD WINSTON VANATTA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 9

On or about March 22, 2023, in the Eastern District of Washington, the Defendant, REDACTED did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as charged in this Indictment, the Defendants, REDACTED CHAD WINSTON VANATTA, REDACTED, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained,

INDICTMENT – 4

directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any forfeitable property, as a result of any act or omission of the Defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of April, 2023.

A TRUE BILL

_____  
Foreperson

_____  
Vanessa R. Waldref  
United States Attorney

_____  
Richard R. Barker  
Assistant United States Attorney

INDICTMENT – 5