FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD WINSTON VANATTA,<br><br>Defendant. | No. 2:23-CR-00047-TOR-4<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED IN PART AND DENIED IN PART (ECF No. 131)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 131**. Defendant recites in his motion that the United States defers its position to U.S. Probation. U.S. Probation has no objection to Defendant's motion.

Specifically, Defendant is requesting the Court to modify Condition No. 18 in the Court's Order filed April 25, 2023, ECF No. 76, to remove Defendant's curfew due to Defendant's work schedule and to allow Defendant to attend his son's sporting events.

The Court, finding good cause, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 131**, is **GRANTED IN PART and DENIED IN PART**.

ORDER - 1

2.The curfew condition imposed in the Order Following Detention Hearing on Indictment, ECF No. 76, at Condition No. 18 shall be replaced with the following condition:

**(18)****Curfew:** Defendant shall be restricted to his residence every day from 8:00 p.m. to 7:00 a.m.  United States Probation shall have the authority and discretion to modify Defendant's curfew to accommodate Defendant's work schedule and to allow Defendant to attend his son's sporting events.

3.All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 30, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2