# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Vanatta, Chad Winston | Docket No. | 0980 2:23CR00047-TOR-4 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Nicolas Olson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Chad Winston Vanatta, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 25th day of April 2023 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervision Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United Stated government or any federal or state law enforcement agency, including tribal agencies, without prior approval from Pretrial Services and a judicial officer. Defendant shall comply with all conditions of supervision imposed by other courts.

**Condition #13:** Refrain from any use of alcohol.

**Condition #15:** Defendant shall not go to any establishment where alcohol is the primary item of sale.

**Additional Condition #18:** Defendant shall be restricted to his/her residence every day from 8:00 p.m. to 7:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2023, a U.S. probation officer reviewed the conditions of release with defendant, Chad W. Vanatta, who signed acknowledging an understanding of such.

**Violation #1:** It is alleged that Mr. Vanatta has violated the conditions of his pretrial release on or about December 7, 2024, by being arrested by a Washington State Patrol (WSP) trooper for driving while under the influence, in violation of Revised Code of Washington 46.61.502.

According to WSP DUI arrest report #24-022740, Mr. Vanatta was arrested and booked by a WSP trooper on December 7, 2024, for driving while under the influence. The report explains that Mr. Vanatta's intoxication was obvious based on observation and field testing. The arresting trooper also left a voicemail for this officer to report such arrest.

On December 9, 2024, Mr. Vanatta called this officer to report the arrest and advised of the local court details. Mr. Vanatta also admitted to driving after consuming alcohol, but reported he was below the legal limit.

**Violation #2:** It is alleged that Mr. Vanatta has violated the conditions of his pretrial release on or about December 7, 2024, by consuming alcohol.

According to the above mentioned WSP report, Mr. Vanatta admitted to consuming alcohol during a traffic stop on December 7, 2024. Mr. Vanatta was also exhibiting signs of intoxication as well as testing positive for alcohol by use of a Breathalyzer. Multiple Breathalyzer samples were taken with the first resulting in a reading of 0.071% blood-alcohol content (BAC). This report also notes an open container of Coors beer was present in the center console of the vehicle during initial contact.

On December 9, 2024, Mr. Vanatta called this officer and reported that he consumed "a couple of beers." He further reported that his BAC was field tested by the above-mentioned WSP trooper and resulted in a 0.071% BAC.

**Violation #3:** It is alleged that Mr. Vanatta has violated the conditions of his pretrial release on or about December 7, 2024, by entering, and remaining in, an establishment where alcohol is the primary item of sale.

According to the above-mentioned WSP report, Mr. Vanatta was found to be operating a vehicle that was observed leaving the 12 Tribes casino in Omak, Washington.

On December 9, 2024, Mr. Vanatta called this officer and reported that he was at a local casino with friends and family, as part of such he was consuming alcohol.

**Violation #4:** It is alleged that Mr. Vanatta has violated the conditions of his pretrial release on or about December 7, 2024, by being outside of his residence between the hours of 8 p.m. to 7 a.m. for a purpose other then that of work or his son's sporting events.

According to WSP criminal traffic citation #4A0863205, Mr. Vanatta was arrested on Washington State Route 97, mile post 290, at 10:36 p.m. on December 7, 2024. According to Mr. Vanatta in a phone call to this officer on December 9, 2024, he was driving a friend home from the casino after consuming alcohol.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 16, 2024

by s/Nicholas Olson

Nicolas Olson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

December 30, 2024
Date