PS 8
(3/15)

Case 2:23-cr-00047-TOR    ECF No. 344    filed 02/28/25    PageID.1574    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Vanatta, Chad Winston      Docket No.      0980 2:23CR00047-TOR-4

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Nicolas Olson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chad Winston Vanatta, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 25th day of April 2023 under the following conditions:

**Condition #13:** Refrain from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2023, a U.S. probation officer reviewed the conditions of release with the defendant, Chad W. Vanatta, who signed acknowledging an understanding of such.

**Violation #1:** Mr. Vanatta allegedly violated the conditions of his pretrial release on or about February 25, 2025, by consuming alcohol.

On February 25, 2025, Mr. Vanatta submitted to a random urinalysis drug test at Okanogan Behavioral Healthcare. The urine sample provided tested presumptive positive for alcohol. The sample was sent to the laboratory for confirmation testing. Mr. Vanatta verbally admitted to consuming alcohol the evening prior and signed an admission of use form. Mr. Vanatta later called the undersigned officer and admitted to consuming "a beer" while at home on the evening of February 24, 2025.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    February 25, 2025 |
|  | s/Nicolas Olson |
|  | Nicolas Olson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]    No Action   Defendant will answer to this violation at the time of sentencing.
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

February 28, 2025
Date